# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3751

_____

| | | |
|---|---|---|
| Maynor Alonso Valiente-Zapet, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: July 19, 2010
Filed:  July 21, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Maynor Valiente-Zapet petitions for review of an order of the Board of Immigration Appeals (BIA) denying his May 2009 motion to reopen and reconsider a prior decision.  After careful review, we conclude that the BIA acted within its discretion.  See Alanwoko v. Mukasey, 538 F.3d 908, 914 (8th Cir. 2008); Esenwah v. Ashcroft, 378 F.3d 763, 765 (8th Cir. 2004); Raffington v. INS, 340 F.3d 720, 721, 724 (8th Cir. 2003).

Accordingly, we deny the petition for review.